NDFL Prob 35  
(1/92)

Report and Order Terminating Probation/  
Supervised Release  
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V

Crim. No. 91-03054

ERNEST W. SHAHID, Jr.

      On March 8, 2000 the above named was placed on Supervised Release for a period of eight years. He has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that Ernest W. Shahid, Jr. be discharged from Supervised Release.

Respectfully submitted,

_David G. Reed_  11/7/06
David G. Reed
United States Probation Officer

### ORDER OF THE COURT

      Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this _13_ day of _November_, 2006.

Honorable Roger Vinson
Senior United States District Judge